# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cheryl Stier

Case No. Civil 00-1952 MJD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Media One

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's application to proceed without prepayment of fees is denied; and

2. The action is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(ii).

DATE: October 31, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(5)